IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,        No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.    ORDER

/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This action proceeds on an amended complaint, filed on April 26, 2004, to which defendants filed an answer on January 7, 2005. On June 7, 2005, plaintiff filed a motion to file an amended complaint, along with a proposed amended complaint, which would constitute a second amended complaint. Defendants are directed to file their response within twenty (20) days.

    IT IS SO ORDERED.

DATED: 6/30/05          /s/ Gregory G. Hollows

                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

GGH:009
norw2554.rsp