IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                  No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.             <u>ORDER</u>

_____/

        Because the court has ordered service of the second amended complaint upon an additional defendant, by order filed on August 4, 2005, and that defendant has not yet been served, plaintiff has requested an extension of time to conduct discovery.  The deadline for discovery in the court's latest order, filed August 4, 2005, is October 21, 2005.  Plaintiff requests an extension of time until November 21, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 19, 2005 motion for an extension of time is granted; and

\\\\\

\\\\\

\\\\\

\\\\\

2. The court hereby vacates the October 21, 2005 discovery deadline and the parties are granted until November 21, 2005 to conduct discovery and to file any motion to compel discovery.

DATED: 8/30/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
norw2554.36