1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY LYNN NORWOOD,

11              Plaintiff,                    No. CIV S- 03-2554 DFL GGH P

12       vs.

13   EDWARD ALAMEIDA, JR., et al.,

14              Defendants.                   ORDER
     _____/

15

16              Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17   1983.  The parties were granted an extension of time until November 21, 2005 to conduct

18   discovery because an additional defendant had been named in the second amended complaint

19   who had not yet been served.  See Order filed on August 30, 2005.   On October 6, 2005, the

20   court directed the U.S. Marshal to serve defendant Cheryl Pliler.  On October 14, 2005, plaintiff

21   requested a 60-day extension of time for the discovery deadline from the date she is served so

22   that he may serve his discovery requests upon her, allowing 45 days for a response and an

23   additional 15 days for the filing of any motion to compel discovery.   Plaintiff also seeks a copy

24   of the May 17, 2005 scheduling order.

25              Accordingly, IT IS ORDERED:

26              1.  Plaintiff is granted 60 days from the date defendant Pliler is served to file a

1

1  motion to compel discovery with respect to defendant Pliler only; the same cut-off applies with

2  respect to defendant Pliler seeking discovery from plaintiff; the November 21, 2005 deadline

3  remains in place with respect to any motion to compel discovery plaintiff may choose to file with

4  respect to any other defendant or with respect to any motion to compel brought by any defendant

5  but defendant Pliler;

6          2.  On this occasion only, the court will order the Clerk of the Court to re-serve

7  plaintiff with a copy of the May 17, 2005 scheduling order.  In future, plaintiff must comply with

8  the Clerk's Office procedures to obtain copies.

9  DATED: 10/24/05

10

11                                              /s/ Gregory G. Hollows

12                                              _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

13

14  GGH:009
    norw2554.eot

15

16

17

18

19

20

21

22

23

24

25

26