1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1940
8   Fax: (916) 324-5205

9  Attorneys for Defendants Martel, Willey, Knowles,
   Goughnour, Walker, and Vance
10 SF2004401398

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALAMEIDA, JR., et al.,<br><br>Defendants. | NO. CIV S-03-2554 GEB GGH P<br><br>**ORDER GRANTING DEFENDANTS'<br>REQUEST FOR AN EXTENSION OF<br>TIME TO FILE A MOTION FOR<br>SUMMARY JUDGMENT** |

Defendants' first request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that the dispositive motions deadline is extended to February 21, 2006.

DATED: 1/4/06            /s/ Gregory G. Hollows
                         _____
                         GREGORY G. HOLLOWS
                         United States Magistrate Judge

norw2554.po