IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                        No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.              <u>ORDER</u>

_____/

        By order filed on August 30, 2005, plaintiff's request for an extension of the discovery deadline from October 21, 2005 until November 21, 2005 was granted. In an order filed on October 25, 2005, the November 21, 2005 deadline was retained with respect to any motion to compel discovery plaintiff might file with respect to any other defendant or with respect to any motion to compel brought by any defendant but defendant Pliler. However, by order filed on December 1, 2005, plaintiff was granted until December 23, 2005 to file a motion to compel discovery as to the previously served defendants; it was noted that as to defendant Pliler, the deadline for filing a motion to compel discovery remains 60 days from the day defendant Pliler is served.

        Plaintiff now seeks leave to file additional interrogatories and requests for production of documents upon a previously served defendant, defendant Willey, to which

defendants filed an opposition.  As to additional requests for production of documents, leave of court need not be sought and the court will not reach that question.  As to additional interrogatories for defendant Willey, defendants observe that, on August 4, 2005, the court previously granted plaintiff leave to serve additional interrogatories upon the previously served defendants and that plaintiff has served defendant Willey with 44 interrogatories to date. Plaintiff complains that defendant Willey has interposed objections to a number of interrogatories apparently without providing substantive responses.  If so, that may be the subject of a motion to compel by plaintiff.  However, at this point, even with the extended discovery deadline, which has been granted at plaintiff's request, there is insufficient time for plaintiff to serve the additional interrogatories upon defendant Willey and receive a response.  Moreover, as noted, the court has previously granted plaintiff leave to serve additional interrogatories on defendant Willey.  Plaintiff's request will be denied.

Accordingly, IT IS ORDERED that plaintiff's December 2, 2005 request to serve additional interrogatories upon defendant Willey is denied.

DATED: 1/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:/009
norw2554.dny