IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                     No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                ORDER

_____/

        On January 27, 2006, plaintiff filed a request for an extension of time in which to file an opposition to the defendants' motion for summary judgment, a motion which has not yet been filed in this court. Plaintiff's request is, at best, is premature.

        Accordingly, IT IS ORDERED that plaintiff's January 27, 2006, request for an extension of time is denied.

DATED: 2/8/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
norw2554.noddl