IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                    No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.              <u>ORDER</u>

_____/

        Counsel for defendants has filed a request for a second extension of time to file a dispositive motion. The February 3, 2006 request includes a lodged proposed order via ECF in .pdf format. However, counsel has not submitted a proposed order via email in word processing format in accordance with the local rules. In order for counsel's request to be considered, counsel must fully comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 2/13/06                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
norw2554.lcr