BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-1940
  Fax:  (916) 324-5205

Attorneys for Defendants
SF2004401398

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY LYNN NORWOOD,** | NO. CIV S-03-2554 GEB GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **EDWARD ALAMEIDA, JR., et al.,** | |
| Defendants. | |

    Defendants' second request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendants' request is granted.

    IT IS HEREBY ORDERED that the dispositive motions deadline is extended to March 23, 2006.

DATED: 2/16/06         /s/ Gregory G. Hollows
                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  United States Magistrate Judge

norw2554.po2