IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                      No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                 ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Defendants have now filed a motion for summary judgment, for which they were granted two extensions of time. See Orders, filed on January 4, 2006 and February 16, 2006.

        In light of the pending dispositive motion, the court now vacates the April 28, 2006 pretrial conference and August 15, 2006 jury trial dates set in the August 4, 2005 order. Plaintiff's opposition to the motion for summary judgment is due within thirty days. Any reply will be due seven days after service of the opposition. The dates for the pretrial conference and jury trial will be re-set, if appropriate, upon adjudication of the pending motion for summary judgment.

        IT IS SO ORDERED.

DATED: 3/28/06                               /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009/norw2554.vac