IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                      No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to the defendants' March 23, 2006 motion for summary judgment. His request seeks, apparently inadvertently, an extension of time until only April 2, 2006, which would be well within the current due date.

        By an order issued on March 28, 2006, plaintiff was granted thirty days to file an opposition to the motion, which is, until April 27, 2006. This order may have crossed in the mail with plaintiff's request. The court will grant plaintiff thirty days from the date of this order to file an opposition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 31, 2006 request for an extension of time is granted; and

\\\\\

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' March 23, 2006 motion for summary judgment.

DATED: 4/10/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
norw2554.36