IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY LYNN NORWOOD,**<br><br>Plaintiff,<br><br>v.<br><br>**EDWARD ALAMEIDA, JR., et al.,**<br><br>Defendants. | NO. 2:03-cv-2554 GEB GGH P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO BE RELIEVED FROM FILING A PRETRIAL STATEMENT** |

By order filed on March 28, 2006, this court sua sponte vacated then pending pretrial conference and jury trial dates in light of defendants' dispositive motion, filed on March 23, 2006. Defendants have since moved for an additional order requesting that they be specifically relieved from the filing of a pretrial statement. In vacating, inter alia, the pretrial conference date, it was implicit that the filing dates for pretrial statements were also vacated. The court now explicitly relieves the parties of any obligation to file a pretrial statement until the motion for summary judgment has been adjudicated.

Accordingly, IT IS HEREBY ORDERED that the parties are relieved from filing pretrial statements. The dates for the filing of pretrial statements will be reset, if appropriate, upon adjudication of the pending motion for summary judgment.

DATED: 4/20/06                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            United States Magistrate Judge

norw2554.po3

*Order Granting Defendants' Motion to be Relieved from filing a Pretrial Statement*