IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                        No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, Jr., et al.,

    Defendants.                    ORDER

/

        Plaintiff has requested an extension of time to file his objections to the court's July 13, 2007 pretrial order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 1, 2007 request for an extension of time is granted;

        2. Plaintiff shall file his objections to the court's July 13, 2007 pretrial order on or before August 14, 2007; and

        3. There will be no further extension of time.

DATED: 8/13/07

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
norw2554.36