IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                           No. CIV S-03-2554 GEB GGH P

    vs.

EDWARD ALAMEIDA, Jr., et al.,

    Defendants.                      <u>ORDER</u>

_____/

        The pretrial order was filed on July 13, 2007. Defendants filed no objections, but plaintiff has filed objections to the pretrial order, which the undersigned has reviewed. Plaintiff objects to his proposed Exhibit 26, copies of inmate time cards of his work attendance at CSP-Sac, having been stricken in the pretrial order. Plaintiff avers that he needs this exhibit to show he is deemed to be a "black non-affiliated inmate." Plaintiff will be permitted to present the work attendance time cards, but the exhibit will be numbered as plaintiff's Exhibit 28. Plaintiff also objects to the striking of his proposed Exhibit 27, his disciplinary report for refusing to go to his cell and his 602 grievance complaining of inadequate ventilation and lack of cool air in the B-facility cells, which plaintiff claims to need to demonstrate that faulty ventilation could occur while inmates were on lockdown when inmates would just have to suffer because they could not refuse to lock up. The court will permit plaintiff to present his disciplinary report and 602

1  grievance as plaintiff's Exhibit 29 (not 27).  The court also directs, for continuity, that to the
2  extent that plaintiff may present a taped televised interview of defendant Willey, deemed in the
3  pretrial order to be Exhibit 32, that it instead be numbered as plaintiff's Exhibit 30 at trial.
4        In the pretrial order, plaintiff was informed that a writ of habeas corpus ad
5  testificandum would issue for inmate Tatum to appear as a witness for plaintiff either via
6  videoconferencing or in person at trial.  Plaintiff insists that inmate Tatum should appear in
7  person at trial.  At the trial confirmation hearing, plaintiff may address the request regarding
8  inmate Tatum's in-person appearance at trial to Judge England.
9        All other objections to the pretrial order raised by plaintiff, regarding, inter alia,
10  the need for additional inmate witnesses or exhibits, are overruled.  This order is deemed to be a
11  modification of, and supplement to, the pretrial order.
12        IT IS SO ORDERED.
13  DATED: 8/28/07                                      /s/ Gregory G. Hollows
14                                                              _____
                                                                GREGORY G. HOLLOWS
                                                                UNITED STATES MAGISTRATE JUDGE
15
16  GGH:009
    norw2554.sup