| | |
|---|---|
| 1 | KING HALL CIVIL RIGHTS CLINIC |
| | CARTER C. WHITE, CSB #164149 |
| 2 | U.C. Davis School of Law |
| | One Shields Avenue, Bldg. TB-30 |
| 3 | Davis, CA  95616-8821 |
| | (530) 752-5440 |
| 4 | Fax (530) 752-5788 |
| | ccwhite@ucdavis.edu |
| 5 | |
| | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY LYNN NORWOOD, | ) | CASE NO. 2:03-CV-2554-GEB-GGH-P |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER REGARDING EXHIBITS** |
| vs. | ) | **ADMITTED AT TRIAL** |
| | ) | |
| EDWARD ALAMEIDA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Pursuant to Local Rule 83-143, the parties stipulate that the attached are true copies of the exhibits that were admitted into evidence during the jury trial conducted in this matter on October 31, 2007 through November 8, 2007.  The parties enter into this stipulation so that the record is clear what evidence was admitted in light of the withdrawal of these exhibits at the end of the jury's deliberations.

Dated:  December 12, 2007                                        Respectfully submitted,

                                                                                     */S/ Carter C. White*
                                                                                     _____
                                                                                     Carter C. White
                                                                                     Attorney for Plaintiff

                                                                                     */S/ James Sobolewski*
                                                                                     _____
                                                                                     James Sobolewski
                                                                                     Attorney for Defendants

1 | IT IS SO ORDERED:

2 | Dated: December 13, 2007

4 | _____
GARLAND E. BURRELL, JR.
5 | United States District Judge