```
KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu


Counsel for Plaintiff
Gregory Lynn Norwood
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY LYNN NORWOOD**, | NO. 2:03-cv-2554-GEB-GGH-P |
| Plaintiff, | **APPOINTED COUNSEL'S SECOND EX PARTE REQUEST FOR** |
| vs. | **AUTHORITY TO INCUR COSTS (trial transcript)** |
| **STEVE J. VANCE, et al.**, | **AND REQUEST FOR PAYMENT** |
| Defendants. | |

PART I

I, Carter C. White, attorney for Plaintiff, declare as follows:

1.I am an attorney licensed to practice law in the State of California and in the United States District Court for the Eastern District of California, and the supervising attorney of the King Hall Civil Rights Clinic, appointed attorney of record for plaintiff in this action.

2.I was appointed to represent Plaintiff in this action on November 1, 2007, by the Honorable Garland B. Burrell, Jr., United States District Judge.  I believe that the following course of action is reasonably necessary in the prosecution of this action: order a copy of the complete transcript of the trial proceedings to assist the Plaintiff in evaluation of the prospects on appeal.  The request is made necessary in part because we were appointed midway through the trial of the case and were not present during the first three days of testimony.  The only way to accurately assess current offers of settlement are to review the trial transcript.  Should the case not settle, the Plaintiff

Case 2:03-cv-02554-GEB-GGH   Document 166   Filed 12/26/07   Page 2 of 2

1 | will need a copy of the transcript to prepare his Appellee's Brief.

2 |     3.    I have made reasonable inquiry and believe that the cost of the action will not exceed $ 800. This is based on the estimate provided to me by court reporter Kimberly Bennett.

    4.    I therefore request that this Court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

    5.    The following payment of costs has been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $603.00 | Expedited transcripts of three witness' testimony during trial | (pending) |

I declare under penalty of perjury that the foregoing is true and correct and that this is executed this 20th day of December 2007, in Yolo County, California.

                        */S/ Carter C. White*

                        Carter C. White
                        Attorney for Plaintiff

The above expenditure is

   __X_____    Approved.

   _____    Disapproved.

Dated: December 21, 2007

                        GARLAND E. BURRELL, JR.
                        United States District Judge

2