KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD, ) | CASE NO. 2:03-CV-2554-GEB-GGH-P |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER REGARDING PLAINTIFF'S** |
| vs. ) | **MOTION FOR ATTORNEY'S FEES** |
| ) | |
| EDWARD ALAMEIDA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 83-143, the parties enter the following stipulation.  By entering into this stipulation, Defendants do not concede that Plaintiff is entitled to fees for any additional time, or waive any argument presented in their opposition.  Defendants enter into this stipulation at Plaintiff's request merely to clarify the record and expedite the Court's consideration of this motion.

1. The attached[1] Amended Declaration of Carter White replaces the earlier-filed Declaration in support of Plaintiff's Supplemental Request for Attorney's Fees (Doc. 178-2).

2. Plaintiff's Supplemental Request for Fees is corrected so that the time claimed in Doc. 178-1, at page 10, line 13, should read "an additional 23.7 hours of attorney time, as well as 2 hours law student time."

---

[1] Attached to Doc. 179, the stipulation, not to this order.

3. Plaintiff waives any claim to law student time during jury deliberations. This will reduce Plaintiff's claim for Ms. Haney's time by 11.6 hours, and for Ms. Shariatmadar's time by 12.05 hours.

Dated: February 6, 2008

Respectfully submitted,

*/S/ Carter C. White*

Carter C. White
Attorney for Plaintiff

*/S/ James M. Sobolewski*

James M. Sobolewski
Attorney for Defendants

IT IS SO ORDERED:

Dated: February 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge