IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,  )
                       )
         Plaintiff,    )   2:03-cv-2554-GEB-GGH
                       )
     v.                )   ORDER
                       )
STEVE J. VANCE; et. al.;)
                       )
         Defendants.   )
_____)

Judgment shall be entered consistent with the Ninth Circuit's opinion filed on January 8, 2010.

Dated: February 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge