IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                    No. CIV S-03-2554 GEB GGH P

   vs.

EDWARD ALAMEIDA, JR., et al.,

    Defendants.            ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Moreover, the merits of petitioner's pending motions for relief from judgment and augmentation of the trial record do not appear to warrant counsel at this time. Plaintiff's motions for the appointment of counsel will therefore be denied.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 29, 2011 and June 13, 2011 motions for the appointment of counsel (Docket No's 198 and 210) are denied.

DATED: July 13, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
norw2554.31