IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

      Plaintiff,                    No. CIV S-03-2554 GEB GGH P

   vs.

STEVE J. VANCE, et al.,

      Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On December 15, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 15, 2011, are adopted in full;

2. The motion for relief from judgment (Doc. No. 197) is denied;

3. The motion to augment the record (Doc. No. 199) is denied; and

4. The motion for an evidentiary hearing and for appointment of an investigator (Doc. No. 212) is denied as moot.

Dated: February 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge