IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LYNN NORWOOD,

    Plaintiff,                      No. CIV S-03-2554 GEB GGH P

    vs.

STEVE J. VANCE, et al.,

    Defendants.                 ORDER

_____/

        The court has received the referral notice, filed March 8, 2012, from the Court of Appeals, which remanded this case for the limited purpose of determining whether in forma pauperis status should continue on appeal, or whether the appeal is frivolous or taken in bad faith.

        The court has reviewed the record and finds that the appeal is not frivolous and is taken in good faith.  Revocation of plaintiff's in forma status is not appropriate.

        Plaintiff has also moved in this court for production of "transcripts."  (Doc. No. 220).  No hearing was conducted in connection with the appealed order, and accordingly no transcript exists.  See Order entered February 6, 2012 (denying, among other things, plaintiff's motion for an evidentiary hearing).  To the extent plaintiff seeks an order from this court directing the United States to pay the expenses of printing the record on appeal, pursuant to 28 U.S.C. § 1915(c), the motion is denied because the certificate of record has already been filed.

1   <u>See</u> Doc. No. 218-2.  The certificate reads, in pertinent part, that the trial court clerk's record is

2   ready for the purpose of appeal and that it will be transmitted to the Court of Appeals upon

3   direction of the Clerk of the Court of Appeals.  <u>Id.</u>  ACCORDINGLY, the motion for transcripts

4   (docket #220)  is denied as unnecessary.

5         The Clerk of the Court shall serve the United States Court of Appeals for the

6   Ninth Circuit with a copy of this order (Appeal No. 12-15354).

7   DATED: March 13, 2012

8             <u>/s/ Gregory G. Hollows</u>
                UNITED STATES MAGISTRATE JUDGE

9

10   GGH:rb
norw2554.ifp referral on appeal